UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CASA DE MI PADRE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-cv-00330 |
| | § | |
| UNION INSURANCE COMPANY | § | |
| and HECTOR DOMINGUEZ, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME, by and through the undersigned counsel, Plaintiff, CASA DE MI PADRE ("Plaintiff") and Defendants UNION INSURANCE COMPANY and HECTOR DOMINGUEZ ("Defendants") who, pursuant to Federal Rule of Civil Procedure 41(a), each do hereby stipulate and agree that all claims against Defendants have been resolved and that all claims against Defendant should be dismissed with prejudice. The parties further stipulate that they shall bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff, CASA DE MI PADRE and Defendants, UNION INSURANCE COMPANY and HECTOR DOMINGUEZ pray that the Court issue an Order dismissing all claims against Defendants, UNION INSURANCE COMPANY and HECTOR DOMINGUEZ with prejudice.

Respectfully submitted,

*/S/F. Blake Dietzmann*
F. Blake Dietzmann
Attorney-in-Charge
Texas State Bar No. 00795321
S.D. Tex. Bar No. 1803736
E. rickgo1@sbcglobal.net
Law Office of F. Blake Dietzmann
2317 N. Main
San Antonio, TX 78212
**ATTORNEYS FOR PLAINTIFF**

/s/*Jennifer G. Martin*
**JENNIFER G. MARTIN**
Attorney-in-Charge
Texas State Bar No. 00794233
S.D. Tex. Bar No.      20770
Email: jennifer.martin@wilsonelser.com
LAKEISHA FORTÉ WELLS
State Bar No. 24042237
Email: lakeisha.fortewells@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202-3758
214.698.8000 (Phone)
214.698.1101 (Fax)
**ATTORNEYS FOR DEFENDANTS UNION STANDARD INSURANCE COMPANY and HECTOR DOMINGUEZ**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 1, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern Division of Texas, using the electronic case filing system, serving all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

             */s/ Jennifer G. Martin*
             JENNIFER G. MARTIN